1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

## SOUTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10  WAEL Y. ELDASHAN, | CASE NO. 07cv0818-LAB (JMA) |

11                             Plaintiff,     **ORDER GRANTING JOINT MOTION TO REMAND**

          vs.

12                                            [Dkt No. 4, 5]

13  MICHAEL CHERTOFF, Secretary,
    Department of Homeland Security;
14  EMILIO T. GONZALEZ, Director,
    Citizenship and Immigration Services;
15  CHRISTINA POULOS, Acting Director,
    California Service Center, Citizenship
16  and Immigration Services; PAUL M.
    PIERRE, District Director, San Diego
17  District, Citizenship and Immigration
    Services; ALBERTO GONZALES,
18  Attorney General of the United States;
    ROBERT S. MUELLER, III, Director,
19  Federal Bureau of Investigation,

20                             Defendants.

21          Pursuant to the Joint Motion of the parties to remand this naturalization matter to the

22  U.S. Citizenship and Immigration Services for adjudication, **IT IS HEREBY ORDERED** the

23  Joint Motion (Dkt No. 5) is **GRANTED**, defendants' Motion to Remand (Dkt No. 4) is **DENIED**

24  **AS MOOT**, and the matter is **REMANDED FOR ADJUDICATION** as requested.

25          **IT IS SO ORDERED**.

26  DATED:  July 25, 2007

27                                                    _Larry A. Burns_

28                                            **HONORABLE LARRY ALAN BURNS**
                                            United States District Judge

                                                                    07cv0818